**Shaquan MCNEIL, Defendant Below–Appellant,**

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 113, 2016

Supreme Court of Delaware.

Submitted: April 13, 2016
Decided: May 23, 2016

DISMISSED.